UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE RICHARDS,

    Plaintiff,

v.

WILLIAM SCHUSTER and DAVID READER,

    Defendants,
_____/

CASE NO. 10-CV-10100
HONORABLE PATRICK J. DUGGAN

## **JUDGMENT**

Plaintiff filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on January 11, 2010. In his complaint, Plaintiff alleges that Defendants conspired against him to violate his rights under the United States and Michigan constitutions. In an Opinion and Order issued on this date, the Court summarily dismissed Plaintiff's complaint pursuant to 42 U.S.C. § 1997e(c)(1) and 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: July 8, 2010

                        s/PATRICK J. DUGGAN
                        UNITED STATES DISTRICT JUDGE

Copy to:
Kyle Richards
34670 Clarkson Drive W. #33
Fraser, MI 48026