UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL ACTION NO.10-10100

KYLE RICHARDS,

        Plaintiff,

-v-

WILLIAM SCHUSTER, ET.AL,

        Defendant(s).
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on September 20, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The plaintiff has filed a motion for appointment of counsel. The Court entered an Opinion and Order dismissing this action on July 8, 2010. Accordingly,

IT IS ORDERED that plaintiff's motion for appointment of counsel is DENIED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 20, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager